# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| MAURICE LUCLARE WILLIAMS, | ) | |
| Movant, | ) | |
| v. | ) | CV419-187 |
| | ) | CR416-097 |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## ORDER

Maurice Luclare Williams moves under 28 U.S.C. § 2255 to vacate, set aside, or correct his federal sentence. Doc. 96[1]; *see United States v. Almand*, 992 F.2d 316, 317 (11th Cir. 1993) (individuals challenging the validity of any sentence, including those imposed for revocation of supervised release, must utilize § 2255). The Court **DIRECTS** the Government to respond within ninety days from the date of this Order. 28 U.S.C. § 2255, Rule 4(b).

**SO ORDERED,** this 2nd day of August, 2019.

*Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court is citing to the criminal docket in CR416-097 unless otherwise noted.